```
       FILED          RECEIVED
       ENTERED        SERVED ON
              COUNSEL/PARTIES OF RECORD

              JUL - 7 2010

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:09-CR-0384-HDM-LRL |
| v. ) | |
| ) | |
| CHRISTOPHER WOOD, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on March 2, 2010, that CHRISTOPHER WOOD shall pay a criminal forfeiture money judgment of $11,486.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CHRISTOPHER WOOD a criminal forfeiture money judgment in the amount of $11,486.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

. . .

1 | United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title
2 | 21 United States Code, Section 853(p).

3 | DATED this 7th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE